IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEFFERY C. GREEN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0623

Opinion filed August 1, 2017.

Petition for Writ of Mandamus -- Original Jurisdiction.

Jeffery C. Green, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Bureau Chief, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus is denied.  See Munn v. Florida Parole Commission, 807 So. 2d 733 (Fla. 1st DCA 2002).

LEWIS, WETHERELL, and WINSOR, JJ., CONCUR.